UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

---

JOHN P. ROGERS

        Plaintiff,

v.                              Civil Action No.

NCO FINANCIAL SYSTEMS, INC.

        Defendant.

---

PLAINTIFF, John P. Rogers ("Plaintiff"), by and through the undersigned attorney, files this Complaint against DEFENDANT, NCO Financial Systems, Inc. ("Defendant"), and alleges as follows:

## I. INTRODUCTION

1. This is an action for damages brought by an individual consumer for Defendant's violations of the following provisions, resulting from abusive behavior against Plaintiff in the course of Defendant's attempt to collect a debt:

    (1) The Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*. (hereinafter "FDCPA").

## II. JURISDICTION

2. The FDCPA claim arises under 15 U.S.C. § 1692k(d), and therefore involves a "federal question" pursuant to 28 USC § 1331.

## III. PARTIES

3. Plaintiff, John P. Rogers ("Plaintiff"), is a natural person residing in Dyer County, Tennessee.

4. Defendant, NCO Financial Systems, Inc., ("Defendant") is a corporation engaged in the business of collecting debts by use of the mails and telephone, and Defendant regularly attempts to collect debts alleged to be due another.

## IV. FACTUAL ALLEGATIONS

5. Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6).

6. Plaintiff is a "consumer" as defined by the FDCPA, 15 U.S.C. § 1692a(3).

7. All activities of Defendant set out herein were undertaken in connection with the collection of a "debt," as defined by 15 USC § 1692a(5).

8. Within the last year, Defendant contacted Plaintiff by telephone in an attempt to collect an alleged outstanding debt. During that telephone conversation, Defendant performed the following acts, which amount to violations under various federal and state laws:

    a) In connection with an attempt to collect an alleged debt from Plaintiff, providing the identity of Defendant to a third party (to wit: Greg Terry) without such information being expressly requested (§ 1692b(1) & § 1692c(b));

      b) Disclosing to a third party (to wit: Greg Terry) the existence of the debt allegedly owed by Plaintiff (§ 1692b(2) & § 1692c(b)).

9. As a result of the aforementioned violations, Plaintiff suffered and continues to suffer injuries to Plaintiff's feelings, personal humiliation, embarrassment, mental anguish and severe emotional distress.

10. Defendant intended to cause, by means of the actions detailed above, injuries to Plaintiff's feelings, personal humiliation, embarrassment, mental anguish and severe emotional distress.

11. Defendant's action, detailed above, was undertaken with extraordinary disregard of, or indifference to, known or highly probable risks to purported debtors.

12. Defendant's actions, detailed above, constituted an extraordinary transgression of the bounds of socially tolerable conduct

13. To the extent Defendant's actions, detailed above, were carried out by an employee of Defendant, that employee was acting within the scope of his or her employment.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

    A. Declaratory judgment that Defendant's conduct violated the FDCPA;
    B. Actual damages pursuant to 15 USC 1692k;

C. Statutory damages pursuant to 15 U.S.C. § 1692k;
D. Costs, disbursements and reasonable attorney's fees for all successful claims, and any unsuccessful claims arising out of the same transaction or occurrence as the successful claims, pursuant to 15 U.S.C. § 1692k; and,
E. For such other and further relief as may be just and proper.

Dated: May 5, 2010

    Respectfully submitted,

    John P. Rogers


    By: /s/Craig Ehrlich
    Craig Ehrlich
    Attorney for Plaintiff
    Weisberg & Meyers, LLC
    1448 Madison Avenue
    Memphis, TN 38104
    Telephone: (602) 445 9819
    Facsimile: (866) 565 1327
    Email: CEhrlich@AttorneysForConsumers.com

***Please send correspondence to the address below***

    Craig Ehrlich
    Weisberg & Meyers, LLC
    Attorneys for Plaintiff
    5025 N. Central Ave. #602
    Phoenix, AZ 85012